Bleakley *v.* Greenhill Farms of Lower Merion, Appellant.

Argued January 9, 1958. Before JONES, C. J., BELL, CHIDSEY, MUSMANNO, JONES and COHEN, JJ.

*Jack Brian,* with him *Howard Richard* and *Berman & Richard,* for appellants.

*Joseph W. deFuria,* with him *deFuria, Larkin* and *deFuria,* for appellee.

OPINION PER CURIAM, March 17, 1958:

The order appealed from is interlocutory and un-appealable. It does not adjudicate any matter in controversy but merely poses for submission to a jury the question raised by the pleadings as to whether or not a partnership existed between the plaintiff and the defendants as averred by the complaint and denied by the answer.

Appeal dismissed.